JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CAPITAL ONE FINANCIAL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>GOLD CAPITAL 1 and KWAME KING<br><br>Defendants. | **JUDGMENT AND PERMANENT INJUNCTION**<br><br>Case No.: 2:19-cv-08421-SVW-FFM<br><br>Judge Stephen V. Wilson |

This matter comes before the Court on Plaintiff Capital One Financial Corporation's Motion for Default Judgment and Permanent Injunction against Defendants Gold Capital 1 and Kwame King. On September 30, 2019, Capital One filed this action against Defendants. (Dkt. No. 1.) On October 2, 2019, the Court issued a summons (Dkt. No. 8), which was served on Defendants on October 15, 2019, with the Complaint (Dkt. Nos. 14-15). Proof of service was filed with the Court on October 17, 2019. (Dkt. Nos. 14, and 15.) Defendants' Answers were due by November 16, 2019. Defendants have not answered or otherwise responded to the Complaint, and neither sought nor obtained an extension to do so. On December 9, 2019, Capital One requested an entry of default against Defendants (Dkt. No. 28). The Clerk of the Court entered default against Defendant Kwame King on December 10, 2019 (Dkt. No. 29) and against Defendant Gold Capital 1 on December 17, 2019 (Dkt. No. 32). Having found good cause for entry of default judgment and permanent injunction,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

A. By their default, Defendants have admitted all facts pled in Plaintiff's Complaint, including but not limited to that Defendants knew, or should have known, that their unauthorized uses of the GOLD CAPITAL 1 and GOLD CAPITAL 1 BANK trademarks (the "Unauthorized Marks") violated Capital One's rights in the famous CAPITAL ONE mark and that, as a result, Defendants acted knowingly, willfully, in reckless disregard of Capital One's rights, and in bad faith.

B. Defendants' uses of the Unauthorized Marks in connection with the offering, promoting, and selling gold products and corresponding bank and loan services (the "Unauthorized Activities") violates Capital One's rights in the CAPITAL ONE trademark and constitutes federal and common-law trademark infringement, federal and state unfair competition, false designation of origin, and passing off.

C. Defendants' uses of the Unauthorized Marks in connection with the Unauthorized Activities violates Capital One's rights in the famous CAPITAL ONE trademark and constitutes federal and state trademark dilution.

D. Defendants must immediately cease and permanently refrain from using the Unauthorized Marks in connection with the Unauthorized Activities.

E. Defendants must immediately destroy any and all packaging, signage, advertisements, promotional materials, stationary, forms, and/or any other materials and things (including references on its http://goldcapp.blogspot.com/ website) used in connection with the Unauthorized Activities that contain or bear the Unauthorized Marks or any names, marks, trade names, company names, source identifiers, or designations that are confusingly similar to or dilutive of Capital One's CAPITAL ONE trademark.

F. As this is an "exceptional" case under 15 U.S.C. § 1117(a) of the Lanham Act, Defendants, jointly and severally, must pay Capital One's reasonable attorneys' fees and costs, pursuant to L.R. 55-3 and 15 U.S.C. § 1117(a). Following Capital One's filing of a request for such fees and costs, and any hearing that the Court may require, the Court will issue an order thereon, and any amount ordered to be paid by Defendants shall be set forth in an amended judgment.

G. Until Capital One has recovered full payment of monies owed to it by Defendant, Capital One shall have ongoing authority to serve this Judgment on any banks, savings and loan institutions, or other financial institutions (collectively, the "Financial Services Providers"). Upon receipt of this Judgment, the Financial Service Providers shall immediately locate and restrain any accounts connected to Defendants, and any funds in such accounts shall be transferred to Capital One within ten (10) days of receipt of this Judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT**

Defendants and all persons in active concert or participation with them are permanently enjoined from:

1. Using, registering, or seeking to register the Unauthorized Marks in any form, including with any other wording or designs, in connection with the Unauthorized Activities, and from using any other names, marks, trade names, company names, source identifiers, or designations that that are confusingly similar to or dilutive of Capital One's CAPITAL ONE mark (including any name, mark, identifier, or designation comprised of or containing CAPITAL 1 or CAPITAL ONE).

2. Representing by any means whatsoever, directly or indirectly, that Defendants, any goods or services offered by Defendants, or any activities undertaken by Defendants, are associated or connected in any way with Capital One or sponsored by or affiliated with Capital One in any way.

3. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (1) through (2) above.

Judgment is hereby entered against Defendants Gold Capital 1 and Kwame King on Counts 1 through 6 of the Complaint.

Dated: January 28, 2020

The Hon. Stephen V. Wilson
United States District Judge